IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WALKER, | No. CIV S-06-2315-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this action against various individuals and business entities claiming "conspiracy to commit murder, conspiracy to commit fraud, conspiracy to endanger my life." Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2), filed on October 20, 2006. Plaintiff's complaint will be addressed separately.

      Plaintiff's in forma pauperis application is incomplete. Specifically, when asked about sources of money received in the last 12 months, plaintiff answered that she receives disability and/or worker's compensation payments. However, as to business income, rent payments, dividends, gifts, pensions, etc., plaintiff did not provide a response. Plaintiff will be

1

1 given an opportunity to either pay the full statutory filing fee for this action or to file a new in
2 forma pauperis application with responses to all questions provided.
3       Plaintiff is cautioned that failure to comply with this order may result in dismiss
4 of the entire action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u>
5 Local Rule 11-110.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1.	Plaintiff shall submit on the form provided by the Clerk of the Court,
8 within 30 days from the date of this order, a <u>complete</u> application for leave to proceed in forma
9 pauperis, with all questions answered, or the appropriate filing fee; and
10       2.	The Clerk of the Court is directed to send plaintiff a new form Application
11 to Proceed In Forma Pauperis.

13 DATED:   October 27, 2006.

                           /s/ Craig M. Kellison
                           **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE